1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 JATINDER SINGH,                         )
                                           )  No. C 06-4753 CRB
13                Plaintiff,               )
                                           )
14         v.                              )  **STIPULATION TO EXTEND DATES; and**
                                           )  **[PROPOSED] ORDER**
15 EMILIO T. GONZALEZ, Director, United States )
   Citizenship and Immigration Services,  )
16                                         )
                  Defendant.               )
17 _____ )

18     Plaintiff, by and through his attorneys of record, and defendant, by and through his attorneys of

19 record, hereby stipulate, subject to the approval of the Court, to the following:

20     1. Plaintiff filed this action on or about August 7, 2006, and Defendant filed their answer on

21 October 2, 2006.

22     2. Pursuant to this Court's August 21, 2006 Order Setting Case Management Conference, the

23 parties are required to file a joint case management statement on November 7, 2006, and attend a

24 case management conference on November 17, 2006.

25     3. In order to allow sufficient time for USCIS to complete its adjudication of Plaintiff's Form I-

26 730 Petition, and to determine whether this matter can be resolved without further litigation, the

27 parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as

28 follows:

Stip. to Extend Dates
C06-4753 CRB                              1

| | | |
|---|---|---|
| 1 | Last day to file/serve Joint Case Management Statement: | December 29, 2006 |
| 2 | Case Management Conference: | January 5, 2007, at ~~10:00 a.~~8:30 a.m. |

4  Date: November 7, 2006                              Respectfully submitted,

5                                                                          KEVIN V. RYAN
                                                                           United States Attorney

8                                                                          _____/s/_____
                                                                           ILA C. DEISS
                                                                           Assistant United States Attorney
9                                                                          Attorneys for Defendant

11                                                                         _____/s/_____
12  Date: November 7, 2006                             PAUL M. KAPLAN
                                                                           Attorney for Plaintiff

**ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

17  Date:   November 9, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

Stip. to Extend Dates
C06-4753 CRB                                      2