KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JATINDER SINGH, | ) |
| | ) No. C 06-4753 CRB |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION OF DISMISSAL; and |
| | ) [~~PROPOSED~~] ORDER |
| EMILIO T. GONZALEZ, Director, | ) |
| United States Citizenship and Immigration | ) |
| Services, | ) |
| | ) |
| Defendant. | ) |

   Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate to dismiss the complaint for declaratory judgment and injunction in the above-entitled proceeding because Plaintiff no longer wishes to pursue this action.

   Accordingly, the parties respectfully request that the Court dismiss the complaint. The parties will bear their own costs.

///

///

///

///

Stip. to Dismiss
C06-4753 CRB

| | |
|---|---|
| Dated: December 1, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney |
| Dated: December 1, 2006 | /s/<br>PAUL M. KAPLAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, it is ORDERED that this case is DISMISSED.  Each party shall bear their own costs.

Dated:   December 5, 2006        CHARLES R. BREYER
                                 United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer

Stip. to Dismiss
C06-4753 CRB